No. 66745.—Chadwick Miller Importers, Inc. v. United States, protest 59/9779 (Los Angeles).

Opinion by Lawrence, J.  In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.